MARCUS LEE, ESQ. (Nevada Bar No.15769)
E: MLee@ohaganmeyer.com
JUSTIN SHIROFF, ESQ. (Nevada Bar No.12869)
E: JShiroff@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Ste 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARMEN HASBROUCK, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>PP RETAIL USA, LLC dba PHILIPP PLEIN, a New York limited liability company, inclusive; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-00389-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF** |

Pursuant to LR IA 6-1(a) and LR 26-3, the parties, by and through their respective counsel of record, hereby state as follows:

1. On February 27, 2026, the Court entered an Order granting the Stipulated Discovery Plan and Scheduling Order [ECF No. 9].

2. This is the first request by the parties to amend the Court's Discovery Plan and Scheduling Order.

3. The parties stipulate and agree to extend the discovery cut-off deadline by 90 days.

4. As detailed below, this stipulation is made in good faith and not for purposes of delay.

/ / /

## I. STATEMENT OF DISCOVERY THAT HAS BEEN COMPLETED

To date, the parties have diligently engaged in Discovery:

1. On March 10, 2026, Plaintiff served her initial disclosures pursuant to FRCP 26(a)(1)(A);

2. On March 10, 2026, Defendant served its initial disclosures pursuant to FRCP 26(a)(1)(A);

3. On April 10, 2026, Plaintiff served her First Set of Interrogatories to Defendant;

4. On April 10, 2026, Plaintiff served her First Set of Requests for Production to Defendant;

5. On April 17, 2026, Defendant served its First Set of Interrogatories to Plaintiff;

6. On April 17, 2026, Defendant served its First Set of Requests for Production to Plaintiff;

7. On April 17, 2026, Defendant served its First Set of Requests for Admission to Plaintiff;

8. On May 11, 2026, Defendant served its responses to Plaintiff's First Set of Interrogatories;

9. On May 11, 2026, Defendant served its responses to Plaintiff's First Set of Requests for Production;

10. On May 18, 2026, Plaintiff served her responses to Defendant's First Set of Interrogatories;

11. On May 18, 2026, Plaintiff served her responses to Defendant's First Set of Requests for Production;

12. On May 18, 2026, Plaintiff served her responses to Defendant's First Set of Requests for Admission;

13. On May 18, 2026, Plaintiff served her First Supplemental Disclosures;

14. On May 19, 2026, Defendant served its First Supplement to Initial Disclosures;

15. On May 20, 2026, Plaintiff served her Notice of Deposition of Milla Makela;

16. On May 22, 2026, Plaintiff served her Amended Notice of Deposition of Milla

Makela;

17. On May 22, 2026, Defendant served its Notice of Deposition of Plaintiff Carmen Hasbrouck;

18. On June 2, 2026, Defendant served a Notice of Intent to Issue Subpoena Duces Tecum to April Clyde, CNM, APRN;

19. On June 2, 2026, Defendant served a Notice of Intent to Issue Subpoena Duces Tecum to Katrina Haslett, MD, PC;

20. On June 2, 2026, Defendant served a Notice of Intent to Issue Subpoena Duces Tecum to Dr. Schon Roberts;

21. On June 2, 2026, Defendant served a Notice of Intent to Issue Subpoena Duces Tecum to Alexis Del Grosso;

22. On June 2, 2026, Defendant served a Notice of Intent to Issue Subpoena Duces Tecum to Nicole Anderson, APRN;

23. On June 8, 2026, Plaintiff served her Notice of Deposition of Andre Gurudeo;

24. On June 8, 2026, Plaintiff served a Subpoena to Testify at a Deposition and Produce Documents to Andre Gurudeo;

25. On June 12, 2026, Plaintiff served a subpoena on Andre Gurudeo;

26. On June 16, 2026, Plaintiff served a subpoena on Andre Gurudeo;

27. On July 20, 2026, Plaintiff served her Second Supplemental Disclosures;

28. On July 21, 2026, Defendant conducted the deposition of Plaintiff Carmen Hasbrouck;

29. On July 22, 2026, Plaintiff served her Third Supplemental Disclosures;

30. On July 23, 2026, Plaintiff conducted the deposition of Milla Makela;

31. On July 23, 2026, Plaintiff served her Fourth Supplemental Disclosures;

32. On August 4, 2026, Plaintiff executed her deposition transcript certificate;

33. On August 5, 2026, Plaintiff served her Fifth Supplemental Disclosures;

34. On August 6, 2026, Plaintiff conducted the deposition of Andre Gurudeo;

35. On August 6, 2026, Plaintiff served a Subpoena to Testify at a Deposition and

Produce Documents to Andre Gurudeo;

36. On August 6, 2026, Plaintiff served her Amended Notice of Deposition of Andre Gurudeo;

37. On August 11, 2026, Plaintiff served her Initial Expert Disclosure;

38. On August 14, 2026, Plaintiff served her Sixth Supplemental Disclosures;

39. On August 20, 2026, Plaintiff conducted the continued deposition of Andre Gurudeo;

40. On August 20, 2026, Plaintiff served her Seventh Supplemental Disclosures;

41. On September 2, 2026, Plaintiff served a meet-and-confer letter regarding Defendant's responses to Plaintiff's First Set of Interrogatories and First Set of Requests for Production; and

42. On September 3, 2026, Plaintiff served her Second Set of Requests for Production to Defendant.

## II. DISCOVERY YET TO BE COMPLETED

The discovery that remains to be completed includes:

1. Plaintiff has requested Defendant's supplementation of written discovery and the parties are in the process of scheduling a meet and confer to discuss Defendant's discovery responses;

2. Defendant conducted Plaintiff Carmen Hasbrouck's deposition for over seven hours, but has requested to continue her deposition for a second day and the parties are in the process of meeting and conferring regarding the continuation of the deposition in excess of the seven (7) hour limitation imposed by FRCP 30(d)(1);

3. Plaintiff intends to conduct the following depositions: John Raber; Josephine Congionti; Defendant's FRCP 30(b)(6) witness(es); the FRCP 30(b)(6) of Defendant's third-party human resources firm, Palma Settimi; and any other witnesses that may be called to testify at trial;

4. Defendant intends to conduct the following depositions: fact witness depositions of approximately five former employees of Defendant;

5. The parties also anticipate serving additional written discovery and third party subpoenas, including subpoenas to Plaintiff's medical providers; and

6. The parties also anticipate additional supplemental document productions as required by Rule 26.

## III. WHY THE DEADLINES HAVE NOT BEEN SATISFIED

The Early Neutral Evaluation ("ENE") in this case is currently set for November 10, 2026. The parties believe that the discovery completed to date will facilitate good faith, comprehensive mediation efforts, and further desire to avoid incurring additional fees and costs prior to completing the ENE. Additionally, the parties have engaged in discussions concerning a second, private mediation, which would also benefit from a pause in the expensive discovery process

The parties further agree that the extension of time to complete discovery, should this matter not resolve at the Early Neutral Evaluation (or any subsequent private mediation), will be more than sufficient to finish the discovery process. This request is being made more than twenty-one days before the discovery cut-off deadline for good cause, and not for the purposes of delay.

## IV. A PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

| | Current Deadline | Proposed New Deadline |
|---|---|---|
| Discovery Cutoff | October 12, 2026 | January 11, 2027 |
| Dispositive Motions | November 10, 2026 | February 8, 2027 |
| Joint Pretrial Order (if no dispositive motions) | December 10, 2026 | March 10, 2027 |

**IT IS SO STIPULATED.**

DATED this 11th day of September, 2026.

**GREENBERG GROSS LLP**

/s/ *Marian Massey*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579

*Attorneys for Plaintiff*

DATED this 11th day of September, 2026.

**O'HAGAN MEYER PLLC**

/s/ *Marcus Lee*
MARCUS LEE, ESQ,
Nevada Bar No. 15769
JUSTIN SHIROFF, ESQ.
Nevada Bar No. 12869
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

*Attorneys for Defendants*

**IT IS SO ORDERED:**



UNITED STATES MAGISTRATE JUDGE

DATED: September 11, 2026



#20043207v5